IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| VISION FILMS, INC., ) <br>    A California Corporation ) <br> ) <br>    *Plaintiff*, ) <br>                 v. ) <br> JOHN DOE #5, REGINA OWENS, an Illinois Resident, ) <br> TAPCO CIRCUIT SUPPLY, Inc. an Illinois Corporation ) <br> And SANTEC SYSTEMS, Inc. an Illinois Corporation ) <br>    *Defendants* ) | Case No. 13-cv-66 <br><br> ***JURY TRIAL DEMANDED*** |

## MOTION TO VOLUNTARILY DISMISS DEFENDANTS

Plaintiff, Vision Films, by and through its attorney Matthew Lee Stone of the law firm Schneider & Stone, LLP, for its Motion to Voluntarily Dismiss Defendants states as follows:

1. This Court previously granted Plaintiff's Motion to take discovery prior to conducting a Rule 26 conference. The purpose of that Motion was to allow Plaintiff to serve the Defendant's internet service providers with subpoenas to determine the identities of the John Doe defendants.

2. Plaintiffs have obtained the results of those subpoenas. The following John Doe defendants were not able to be identified: 1-4, 6-35, 37-60, 62-67, and 69-70.

3. The remaining Does are named parties in Plaintiff's First Amended Complaint, filed on the date of this Motion.

**WHEREFORE**, Plaintiff prays this Court enter and Order:

    A.    Granting Plaintiff's Motion;

    B.    Dismissing, without prejudice, Plaintiff's complaint against Does 1-4, 6-35, 37-60, 62-67, and 69-70; and

    C.    Granting such other and further relief as the Court deems just and proper.

/s/ Matthew Lee Stone /s/
One of Attorneys for Plaintiff

Matthew Lee Stone
**SCHNEIDER & STONE**
8424 Skokie Blvd
Suite 200
Skokie, Illinois 60077
ARDC # 6297720
Office: (847) 933 – 9531
Fax: (847) 676-2676